UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

Jesse Terrell

    Defendant ☐

Case No. 5:16-cr-7-OC-10PRL

☐ Evidentiary
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1a | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (high altitude) |
| 1b | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (high altitude); house 1 overlay |
| 1c | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (high altitude); house 1, Price overlay |
| 1d | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (high altitude); house 1, Price, Pilot overlay |
| 1e | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (high altitude); house 1, Price, Pilot, ABC overlay |
| 1f | 4/5/16 | 4/5/16 | T. FITZGERALD<br>A. CRAWFORD | Google map satellite view of Marion Oaks (high altitude); house 1, Price, Pilot, ABC, Marion Oaks Optical overlay |
| 2 | | | | Google map satellite view of Marion Oaks (medium altitude); house 1, Price, ABC, Marion Oaks Optical overlay |
| 3 | | | | Google map satellite view of Marion Oaks (medium-low altitude); Price, ABC, Marion Oaks Optical |
| 4a | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (low altitude); no text overlay |

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4b | 4/5/16 | 4/5/16 | T. FITZGERALD T. COLLINS | Google map satellite view of Marion Oaks (low altitude); ABC, Marion Oaks Optical overlay |
| 4c | 4/5/16 | 4/5/16 | T. FITZGERALD | Google map satellite view of Marion Oaks (low altitude); ABC, Marion Oaks Optical, truck path overlay |
| 5a | 4/5/16 | 4/5/16 | T. FITZGERALD A. CRAWFORD | Street view of Marion Oaks Optical |
| 5b | 4/5/16 | 4/5/16 | T. FITZGERALD | Street view of Marion Oaks Optical with incident site overlay |
| 6 | 4/5/16 | 4/5/16 | T. FITZGERALD A. CRAWFORD K. STARLING J. TERRELL | Video of incident; Camera 5 at full speed |
| 7 | 4/5/16 | 4/5/16 | T. FITZGERALD A. CRAWFORD J. TERRELL | Video of incident; Camera 5 at 25% speed |
| 8 | 4/5/16 | 4/5/16 | T. FITZGERALD | Video of incident; Camera 5; officer's initials overlay full speed |
| 9 | 4/5/16 | 4/5/16 | T. FITZGERALD A. CRAWFORD | Video of incident; Camera 5; officer's initials overlay 25% speed |
| 10 | 4/5/16 | 4/5/16 | T. FITZGERALD | Video of incident; Camera 5; Defendant illuminated full speed |
| 11 | 4/5/16 | 4/5/16 | T. FITZGERALD D. PRICE | Video of incident; Camera 5; Defendant illuminated 25% speed |
| 12 | 4/5/16 | 4/5/16 | T. FITZGERALD | Video of incident; Amldei body camera |
| 13 | 4/5/16 | 4/5/16 | T. FITZGERALD | Video of incident; Camera 8 clipped |
| 14 | 4/5/16 | 4/5/16 | T. FITZGERALD | Video of incident; Camera 8 full version |
| 15 | 4/5/16 | 4/5/16 | T. FITZGERALD | Photo – blood on ground |
| 16 | 4/5/16 | 4/5/16 | T. FITZGERALD D. PRICE CAPT. RAWLS | Photo – bloody face immediately after arrest |
| 17 | 4/5/16 | 4/5/16 | T. FITZGERALD R. STOLAMAN D. PRICE CAPT. RAWLS | Photo – Price face at ambulance |

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 18 | 4/5/16 | 4/5/16 | T. FITZGERALD | Incident Narrative of Fitzgerald   OBJ A withdrawn |
| 19 | 4/5/16 | 4/5/16 | A. CRAWFORD | Incident Narrative of Crawford |
| 20a | 4/6/16 | 4/6/16 | K. STARLING | Terrell defensive tactics training sign-in sheet – 5/28/14 |
| 20b | 4/6/16 | 4/6/16 | K. STARLING | Terrell defensive tactics training sign-in sheet – 7/25/13 |
| 21 | | | | Terrell DMS training chart |
| 22a | 4/6/16 | 4/6/16 | K. STARLING | Use of Force policy of MCSO - redacted |
| 22b | | | | Use of Force policy of MCSO - unredacted |
| 23 | | | | Use of Force policy of FDLE |
| 24 | | | | Price medical records |
| 25 | 4/6/16 | 4/6/16 | DR. D. DAKA | Price follow-up medical report |
| 26 | 4/6/16 | 4/6/16 | D. PRICE | Photo of Price at hospital – left side of face |
| 27 | 4/6/16 | 4/6/16 | D. PRICE | Photo of Price at hospital – close up of street burn |
| 28 | 4/6/16 | 4/6/16 | D. PRICE | Photo of Price at home – straight on view of face |
| 29 | 4/6/16 | 4/6/16 | D. PRICE | Photo of Price at home – right side of face |
| 30 | 4/5/16 | 4/5/16 | R. STOLPMAN | Fire and Rescue report |
| 31 | 4/6/16 | X | C. HOPPEL | Incident Narrative of Hoppel   A OBJ SUSTAINED |
| 32 | | | | Incident Supplemental of Hoppel |

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33 | | | | Hoppel Information |
| 34 | | | | Hoppel Plea Agreement |
| 35 | | | | Arrest affidavit from Amidei |
| 36 | | | | Incident Report of Amidei |
| 37 | | | | Incident Narrative of Amidei |
| 38 | | | | Amidei Information |
| 39 | | | | Amidei Plea Agreement |
| 40 | | | | Fitzgerald plea |
| 41 | | | | Fitzgerald info |
| 42 | | | | MCSO supplement of Fitzgerald |
| 43 | | | | Crawford Information |
| 44 | | | | Crawford Plea Agreement |
| 45 | | | | Incident Supplemental Report of Rawls |
| 46 | | | | Fitzgerald Grand Jury Transcript |
| 47 | | | | Crawford Grand Jury Transcript |
| 48 | | | | Hoppel Grand Jury Transcript |
| 49 | | | | Amidei Grand Jury Transcript |

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 50 | 4/6/16 | 4/6/16 | D. PRICE | Photo of Price in hospital, pre-stitches |
| 51 | 4/7/16 | | J. TERRELL | MCSO INVENTORY SHEET |
| 52 | 4/7/16 | 4/7/16 | J. TERRELL | 25% version of exh 13 |